## CHARLES ET AL. V. ESCHLEMAN, EXECUTOR.

*Appeal from County Court of Jefferson County.*

BECK, J.  This cause is similar in all essential particulars to the case of *John Q. Charles* v. *David G. Eschleman*, surviving executor, etc., decided at the present term, and involves a consideration of the same questions presented and decided in that case.

For the errors of law intervening upon the trial, and mentioned in the opinion in the latter cause, the judgment of the court below will be reversed, and this cause remanded for a new trial.

*Judgment reversed.*